# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM MIKE GAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:16-0018 |
| | ) JUDGE NIXON /KNOWLES |
| | ) |
| DERRICK SCHOFIELD, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion to Amend to Add Defendants." Docket No. 9. The body of the Motion states:

> Comes now, "pro se" William Mike Gay, Plaintiff in the above case number, and answers this Honorable Court and adds additional Defendants in the above case number. These Defendants is related to this case. See attached page.

Docket No. 9, p. 1.

The attached page lists three "additional Defendants," Mr. Lane, Mrs. Susan Palermo, and Mr. Jerry Hamby.

The Motion does not make any specific factual allegations against these Defendants, nor does it explain how or why these Defendants are liable to Plaintiff.

Additionally, the Motion is not accompanied by a proposed Amended Complaint.

For the foregoing reasons, the instant " Motion to Amend to Add Defendants" (Docket No. 9) should be DENIED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge