IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM M. GAY, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    No. 3:16-cv-00018 |
| v. | ) |
| | )    Judge Nixon |
| DERRICK SCHOFIELD, | )    Magistrate Judge Knowles |
| | ) |
|     Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Add Defendants ("Motion"). (Doc. No. 9.) Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 16 at 1.) The Report was filed on February 25, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 2.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion.

It is so ORDERED.

Entered this the 15th day of April, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT