IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM M. GAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:16-CV-00018 |
| v. | ) | |
| | ) | Judge Nixon |
| DERRICK SCHOFIELD, | ) | Magistrate Judge Knowles |
| Commissioner of the Tennessee | ) | |
| Department of Correction, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Commissioner of the Tennessee Department of Correction Derrick Schofield's Motion for Summary Judgment (Doc. No. 10). Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that Defendant's Motion be granted (Doc. No. 27 at 13). The Report was filed on July 25, 2016, and provided fourteen days in which either party could file an objection (*Id*. at 13). Plaintiff William M. Gay filed an objection on August 22, 2016 (Doc. No. 30).

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** the Defendant's motion. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 14th day of October, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT